AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CHESNEY, MAXINE M. | U.S. DISTRICT CT./NO. DIST. CA | 05/04/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court 450 Golden Gate Avenue San Francisco, CA 94102 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 02/26/93 | With SF City & Cty Employees' Retirement System for pension payable monthly until death, based on former employment with SF Dist.Atty. |
| 2. 10/29/05 | With State of California Judges' Retirement System for retirement benefits payable monthly until death, based on former employment as SF Superior Court Judge |
| 3. | |

**Chesney, Maxine M.**

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 05/04/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | San Francisco City & County Employees' Retirement System - Pension | $13,405.00 |
| 2. 2010 | California Judges' Retirement System - Pension | $107,328.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | California Judges' Retirement System - Pension |
| 2. 2010 | Self-employed (arbitration and mediation) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Common Stock - Advanced Polymer | | None | J | T | | | | | |
| 2. Mutual Fund - RVS CA Tax - Exempt (formerly AXP) | D | Interest | M | T | | | | | |
| 3. Bond - Calipatria CA Redev Agy | A | Interest | K | T | | | | | |
| 4. Bond - Sequoia CA Hospital District | A | Interest | J | T | | | | | |
| 5. Bank Accts., CDs - Wells Fargo | B | Interest | P1 | T | | | | | |
| 6. Common Stock - Cisco Systems | | None | M | T | Sold (part) | 08/31/10 | L | | |
| 7. Bond - Fremont CA Pub. Fin. Auth. | A | Interest | | | Redeemed | 09/02/10 | J | | |
| 8. Bond - San Benito Health Care Dist. | A | Interest | J | T | | | | | |
| 9. IRA - Hoefer & Arnett | A | Dividend | K | T | | | | | |
| 10. -Common Stock - Berkshire Hathaway Hldg Co. CL B | | | | | | | | | |
| 11. -Common Stock - Google Inc. | | | | | | | | | |
| 12. -Common Stock - American Express | | | | | | | | | |
| 13. -Common Stock - IShares | | | | | | | | | |
| 14. -Common Stock - Mkt Vectors | | | | | | | | | |
| 15. -Common Stock - McAfee Inc. | | | | | | | | | |
| 16. -Corp. Bond - Gen. Mills | | | | | | | | | |
| 17. -Mutual Fund -Source Cap, Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Corp Bond - Idaho Pwr Corp | | | | | | | | | |
| 19. -Common Stock - Burlington Northern Santa Fe Corp. | | | | | Merged (with line 10) | 02/18/10 | J | A | Acquired by Berk. Hathaway |
| 20. -Common Stock - Merck & Co. | | | | | Buy | 08/31/10 | J | | |
| 21. -Common Stock - Johnson & Johnson | | | | | Buy | 08/31/10 | J | | |
| 22. -Common Stock - Clorox | | | | | Buy | 08/31/10 | J | | |
| 23. Bond - N. Inyo Cnty Cal. Local Hosp. | A | Interest | J | T | | | | | |
| 24. Bond - Folsom Cal. Spl. Tax Comnty Facs. | B | Interest | K | T | | | | | |
| 25. Bond - Cal. Edl. Facs. Rev. | A | Interest | J | T | | | | | |
| 26. Bond - Woodland Cal. Fin. Auth. | B | Interest | K | T | | | | | |
| 27. Bond - Pomona Cal. Redev. Agy Tax Alloc. | A | Interest | J | T | | | | | |
| 28. Common Stock - Walmart Stores | C | Dividend | M | T | | | | | |
| 29. Bond - Placentia CA Redev Agy Hsg | A | Interest | J | T | | | | | |
| 30. Bond - LaMirada CA Redev Agy | A | Interest | | | Redeemed | 04/01/10 | J | A | |
| 31. Bond - Montclair CA Redev Agy | A | Interest | J | T | | | | | |
| 32. Bond - Cudahy CA Redev Agy | A | Interest | K | T | | | | | |
| 33. Bond - Kern Vy Healthcare Dist CA | A | Interest | K | T | | | | | |
| 34. Bond - Bell Comnty Redev Agy CA Tax | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Common Stock - Microsoft | C | Dividend | M | T | | | | | |
| 36. Bond - CA Edl Facs | A | Interest | J | T | | | | | |
| 37. Bond - Woodland CA Commty Facs | A | Interest | J | T | | | | | |
| 38. Bond - Yuba City CA Redev Agy | A | Interest | J | T | | | | | |
| 39. Common Stock - Reading Int'l | | None | K | T | | | | | |
| 40. Common Stock - American Express | A | Dividend | K | T | Sold (part) | 08/31/10 | K | | |
| 41. Common Stock - Berkshire Hathaway CL A | | None | M | T | | | | | |
| 42. Bond - Plumas CA Elem Sch Dist | A | Dividend | J | T | | | | | |
| 43. Bond - Valley Sanitary Dist CA | A | Dividend | J | T | | | | | |
| 44. Common Stock - Berkshire Hathaway CL B | | None | M | T | | | | | |
| 45. Common Stock - Farmers & Merchants Bank Long Beach | A | Dividend | K | T | | | | | |
| 46. Common Stock - Oracle Corp. | A | Dividend | M | T | | | | | |
| 47. Bond - Bakersfield CA Imp't Bd | A | Dividend | J | T | | | | | |
| 48. Bond - Blythe CA Redev Agy | A | Interest | J | T | | | | | |
| 49. Bond - Chula Vista CA Redev Agy | A | Interest | J | T | | | | | |
| 50. Bond - Hercules CA Imp't Bd | A | Dividend | J | T | | | | | |
| 51. Bond - Mojave Desert & Mtn CA Waste Mgmt | A | Dividend | K | T | | | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bond-Woodland CA Redev Agy | A | Interest | J | T | | | | | |
| 53. Bond-Holtville CA Redev Agy | A | Interest | J | T | | | | | |
| 54. Bond-Riverbank CA Redev Agy | A | Interest | J | T | | | | | |
| 55. Common Stock- Burlington Northern Santa Fe Corp | A | Dividend | | | Merged (with line 44) | 02/18/10 | L | D | Acquired by Berk. Hathaway |
| 56. Mutual Fund - Source Cap, Inc. | C | Dividend | L | T | | | | | |
| 57. Corp. Bond - AmGen Fin | B | Interest | K | T | | | | | |
| 58. Corp. Bond - Leucadia Nat'l Corp. | C | Interest | L | T | | | | | |
| 59. Bond - Long Beach CA Fin. Auth. | A | Interest | J | T | | | | | |
| 60. Bond - Lancaster CA Fin. Auth. | A | Interest | J | T | | | | | |
| 61. Bond - Indep. Cities CA Lease Fin. Auth. | A | Interest | J | T | | | | | |
| 62. Bond - ABAG Fin. Auth. for Nonprofit | A | Interest | J | T | | | | | |
| 63. Bond - ABAG Fin.Auth. Jackson Lab | A | Interest | J | T | | | | | |
| 64. Bond - CA Hlth Facs Fin'g Auth. Hope | A | Interest | J | T | | | | | |
| 65. Corp. Bond - Am.Elec. Pwr | A | Interest | | | Redeemed | 03/15/10 | K | | |
| 66. Corp. Bond - Comcast | B | Interest | | | Redeemed | 11/15/10 | K | | |
| 67. Corp. Bond - Kellog Co. | B | Interest | K | T | | | | | |
| 68. Corp. Bond - Wells Fargo | B | Interest | | | Redeemed | 10/29/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | . E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Bond - CA Stwde Cmntys Rev | A | Interest | K | T | | | | | |
| 70. Bond - Banning CA Fin'g Auth | A | Interest | J | T | | | | | |
| 71. Bond - Kem Valley Hlthcare Dist | A | Interest | J | T | | | | | |
| 72. Bond - Bakersfield CA Impt | A | Interest | J | T | | | | | |
| 73. Bond - Capistrano CA Uni Sch Dist | A | Interest | J | T | | | • | | |
| 74. Bond - Daly City CA Hsg Dev | B | Interest | K | T | | | | | |
| 75. Bond - LaQuinta CA Fin'g Auth | A | Interest | J | T | | | | | |
| 76. Bond - CA Stwde Comntys Dev Auth | A | Interest | J | T | | | | | |
| 77. Common Stock - IShares | A | Dividend | L | T | | | | | |
| 78. Common Stock - Mkt Vectors | A | Dividend | K | T | | | | | |
| 79. Common Stock - Google | | None | L | T | | | | | |
| 80. Common Stock - McAfee Inc. | | None | K | T | | | | | |
| 81. Corp. Bond - Union Pacific | C | Interest | | | Redeemed | 11/01/10 | K | | |
| 82. Corp. Bond - Autozone | B | Interest | L | T | | | | | |
| 83. Corp. Bond - Avon Prods | C | Interest | L | T | | | | | |
| 84. Corp. Bond - CVS Inc. | C | Interest | L | T | | | | | |
| 85. Corp. Bond - Dell Inc. | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Corp. Bond - Walt Disney | C | Interest | L | T | | | | | |
| 87. Corp. Bond - G.E. Cap. Corp. | B | Interest | K | T | | | | | |
| 88. Corp. Bond - Gen. Mills | B | Interest | K | T | | | | | |
| 89. Corp. Bond - Idaho Pwr | B | Interest | K | T | | | | | |
| 90. Corp. Bond - Heinz (H.J.) | C | Interest | L | T | | | | | |
| 91. Corp. Bond - Kraft Fds | C | Interest | L | T | | | | | |
| 92. Corp. Bond - Kroger Co. | C | Interest | L | T | | | | | |
| 93. Corp. Bond - Pfizer Inc. | B | Interest | L | T | | | | | |
| 94. U.S. Govt Bond - Fed. Home Loan Mtg. | C | Interest | | | Redeemed | 06/30/10 | L | A | |
| 95. Bond-CA St. G.O. Unltd. | A | Interest | J | T | Buy | 12/09/10 | J | | |
| 96. Bond-Lake Elsinore CA Pub Fin'g | A | Interest | J | T | Buy | 11/05/10 | J | | |
| 97. Bond-CA St. Ref. G.O. Unltd. | A | Interest | J | T | Buy | 09/21/10 | J | | |
| 98. Bond-Sacto Cty Ca Arpt Sys | A | Interest | J | T | Buy | 04/27/10 | J | | |
| 99. Common Stock-Johnson & Johnson | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 100. Common Stock - Clorox | A | Distribution | K | T | Buy | 08/31/10 | K | | |
| 101. Common Stock - Merck & Co. | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 102. U.S. Govt Bond - Fed Home Loan Mtg | C | Interest | M | T | Buy | 06/25/10 | L | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 05/04/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 05/04/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ MAXINE M. CHESNEY

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544